UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH DELOREAN,

Plaintiff,

Case No. 15-cv-13704
Hon. Matthew F. Leitman

v.

COACH, INC.,

Defendant.

_____________________________________________________________________/

**ORDER TO APPEAR FOR MOTION HEARING AND STATUS CONFERENCE, SETTING BRIEFING SCHEDULE AND HEARING ON DEFENDANT'S MOTION TO COMPEL [ECF #22]**

On May 2, 2016, counsel for Defendant Coach, Inc. filed a Motion to Compel (ECF #22).

**IT IS HEREBY ORDERED** that Plaintiff shall respond to Defendant's motion no later than **5:00 p.m. on Tuesday, May 10, 2016**. Defendant may file a reply brief no later than **3:00 p.m. on Wednesday, May 11, 2016.** No extensions will be granted.

**IT IS FURTHER ORDERED** that counsel for the parties shall appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Courtroom 242, Detroit, Michigan, on **Thursday, May 12, 2016 at 9:30 a.m.** for a hearing on (1) Defendant's Motion to Compel Plaintiff to Sign Authorizations for Release of Medical Information (ECF #14) that was filed on

March 17, 2016, (2) Plaintiff's Motion to Compel Discovery (ECF #17) that was filed on April 4, 2016, and (3) Defendant's Motion to Compel Rule 35 Forensic Medical Examination of Plaintiff Elizabeth DeLorean (ECF #22) that was filed on May 2, 2016.

**IT IS FURTHER ORDERED** that at the conclusion of the motion hearing, the Court will conduct a status conference in this action.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 3, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 3, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113