UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH DELOREAN,

    Plaintiff,                                Case No. 15-cv-13704
                                            Hon. Matthew F. Leitman

v.

COACH, INC.,

    Defendant.

_____/

**ORDER REGARDING DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO SIGN AUTHORIZATIONS FOR RELEASE OF PLAINTIFF'S MEDICAL INFORMATION (ECF #14)**

On March 17, 2016, Defendant Coach, Inc. ("Defendant") filed a motion for entry of an order compelling Plaintiff Elizabeth DeLorean ("Plaintiff") to sign authorizations for the release of certain medical records (the "Motion"). (*See* ECF #14.) On May 12, 2016, the Court held a hearing on the Motion.

For the reasons stated on the record, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Plaintiff shall obtain her medical records dated from January 1, 2002 through December 31, 2007, and produce to Defendant the portions of those records showing:

    a. Plaintiff's date of treatment;

    b. Plaintiff's weight;

    c. The prescribing of any diet pills; and

    d. Any treatment or counseling related to weight management or weight status issues.

    e. Plaintiff may redact all remaining portions of her medical records required to be produced above.

2. Plaintiff shall sign an authorization permitting Robert B. Pohl, M.D., to release any records he may have concerning any treatment of or interaction with Plaintiff from January 1, 2002, through the present.

3. Plaintiff shall obtain and produce to Defendant any and all pharmacy records showing that Plaintiff purchased diet pills.

4. Plaintiff shall produce to Defendant the Medicaid records requested by Defendant or shall execute the required documentation allowing Defendant to directly obtain and review those records.

**IT IS FURTHER ORDERED** that the Motion is **DENIED** in all other respects.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  May 16, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 16, 2016, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (313) 234-5113