UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH DELOREAN,

    Plaintiff,

v.

                                       Case No. 15-cv-13704
                                       Hon. Matthew F. Leitman

COACH, INC.,

    Defendant.

_____/

## ORDER MODIFYING DISCOVERY SCHEDULE

On September 13, 2016, the Court held a status conference regarding discovery matters. For the reasons stated on the record, **IT IS HEREBY ORDERED** that:

- Defendant's Rule 35 Forensic Medical Examination of Plaintiff will take place on October 16, 2016. The Rule 26(a)(2) Proponent Expert Disclosure deadline, previously set for October 27, 2016, is extended to November 23, 2016.

- Rule 26(a)(2) Rebuttal Expert Disclosures are extended from November 27, 2016 to December 27, 2016.

- Expert Discovery Cutoff is extended from December 27, 2016 to January 27, 2017.

- Dispositive Motions shall be due February 3, 2017.

- Challenges to Experts will be due on March 10, 2017 (the same date as Rule 26(a)(3) Pretrial Disclosures).

- All other dates shall remain the same.

2. Plaintiff will be given a 30-day extension of fact discovery that is limited to (a) taking the discovery deposition of witness Kerri-Caldwell Troutman; and (b) serving discovery following up on testimony of Jennifer Becignuel.

**IT IS SO ORDERED**.

                s/Matthew F. Leitman
                MATTHEW F. LEITMAN
                UNITED STATES DISTRICT JUDGE

Dated: September 19, 2016

The above order is stipulated to:

| /s/ Sarah Prescott (with permission) | /s/ Elizabeth P. Hardy |
|---|---|
| Sarah S. Prescott (P70510) | Elizabeth P. Hardy (P37426) |
| SALVATORE PRESCOTT PORTER PLLC | Thomas J. Davis (P78626) |
| 105 E. Main Street | KIENBAUM OPPERWALL HARDY |
| Northville, MI 48167 |   & PELTON, P.L.C. |
| (248) 679-8711 | Attorneys for Defendants |
| sprescott@spplawyers.com | 280 N. Old Woodward Avenue |
| | Suite 400 |
| *Counsel for Plaintiff* | Birmingham, MI 48009 |
| | (248) 645-0000 |
| | ehardy@kohp.com |
| | tdavis@kohp.com |
| | |
| | *Counsel for Defendant* |